PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: INGRAM, Gerral  
Cr.: 10-00774-001  
PACTS #: 57812

Name of Sentencing Judicial Officer: Honorable Stanley R. Chesler, U.S.D.J.

Date of Original Sentence: 03/23/2011

Original Offense: Importing/Manufacturing Firearms / Dealing in Firearms Without a License

Original Sentence: 21 months imprisonment; 3 years supervised release; $100 special assessment; $1,000 fine. Special conditions: 1) drug and alcohol testing/treatment; 2) no street-gang association; and 3) new debt restriction.

Type of Supervision: Supervised Release                Date Supervision Commenced: 01/06/2012

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Ingram violated the special drug and alcohol testing/treatment condition. |
|   | On February 7, 2012, he submitted a urine specimen which tested positive for marijuana. |

U.S. Probation Officer Action: Probation will present this document to Ingram. The act detailed within may be included in a violation report if the Probation Office deems fit and non-compliance continues.

Respectfully submitted,

By: Joseph Empirio, U.S.P.O.

*Joseph Empirio*  
Joseph Empirio  
2012.03.08 09:59:35  
-05'00'

*Carolee Ann Azzarello*  
Carolee Ann Azzarello  
2012.03.08  
17:37:02 -05'00'

Date: 03/08/2012

THE COURT ORDERS:

[✓] Probation will present this document to the offender as a formal written reprimand issued with the approval and under the authority of the United States District Court.

[ ] Submit a Request for Warrant or Summons.

_____  
Signature of Judicial Officer

3/12/2012  
Date

UNITED STATES DISTRICT COURT
PROBATION OFFICE
DISTRICT OF NEW JERSEY

WILFREDO TORRES
CHIEF PROBATION OFFICER

SUPERVISION UNIT
20 WASHINGTON PLACE
6th FLOOR
NEWARK, NJ
(973) 645-6161
FAX: (973) 645-2155

March 8, 2012

Mailing Address:
50 WALNUT STREET
ROOM 1001
P.O. BOX 459
NEWARK, NJ 07101-0459

www.njp.uscourts.gov

Honorable Stanley R. Chesler, U.S.D.J.
Martin Luther King Jr. Federal Building & Courthouse
P.O. Box 0999
Newark, New Jersey 07102-0999

RE: INGRAM, Gerral
Dkt. No.: 10-00774-001
Notice of Non-Compliance -
Written Reprimand Recommended

Dear Judge Chesler:

On March 23, 2011, Gerral Ingram was sentenced by Your Honor to 21 months imprisonment, followed by a three-year term of supervised release, for the offense of Importing/Manufacturing Firearms / Dealing in Firearms Without a License. The offender was also ordered to pay a $100 special assessment, $1,000 fine, and abide by the following special conditions: 1) drug and alcohol testing/treatment; 2) no street-gang association; and 3) new debt restriction. Ingram has been supervised by this office since his release from custody on January 6, 2012.

On February 7, 2012, Ingram submitted a urine specimen which tested positive for marijuana. Upon questioning, he admitted to using the substance on one occasion and fully accepted responsibility by signing an Admission of Drug Use Form. On the contrary, he also displays glimpses of positive reintegration. He is taking steps to enroll in college, and recently, tested negative for drug use.

Probation recommends presentation of the attached *Probation Form 12-A* to Ingram as a written reprimand issued under the authority of the Court. Hopefully, he will respond accordingly and conform to the conditions of release. If the Court concurs, please sign and docket the 12-A and return the document to the attention of the undersigned. If Your Honor requests an alternative course of action, please advise. We will make ourselves available should the Court wish to discuss this matter.

Respectfully submitted,

WILFREDO TORRES, Chief
U.S. Probation Officer

Joseph Empirio
2012.03.08 09:55:34
-05'00'
By: JOSEPH EMPIRIO, U.S.P.O

Carolee Ann
Azzarello
2012.03.08
17:36:00 -05'00'

/jae
Attachment(s)